*Mundy & Mundy* and *Patterson & Copeland,* contra.

---

CULBRETH *v.* ALLGOOD.

BECK, J. This case is controlled by the decision in the case of ·*Howard* v. *Allgood,* ante.        *Judgment affirmed. All the Justices concur.*

**JUNE** 22, 1915.

Complaint. Before Judge Thomas. Lowndes superior court. August 31, 1914.

*E. K. Wilcox,* for plaintiff in error.

*Mundy & Mundy* and *Patterson & Copeland,* contra.